**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SHERRY SIMPSON | ) | |
|     Plaintiff, | ) | Case No. 17-CV-594-JED-FHM |
| | ) | |
| v. | ) | |
| | ) | |
| COBB-VANTRESS, INC., AND | ) | |
| SHERRY BURGER, | ) | |

    Defendants.

## NOTICE OF SETTLEMENT

COMES NOW the above named Plaintiff and hereby gives notice to the Court that a settlement has been reached.

WHEREFORE, Plaintiff respectfully submits the above notice to this Court and the parties.

Respectfully submitted,

S/Brendan M. McHugh
Brendan M. McHugh, OBA #18422
P.O. Box 1392
Claremore, OK 74018
(918)608-0111
FAX: (918) 803-4910
    Email:Brendan@lawinok.com

## CERTIFICATE OF DELIVERY

I certify that on this 12th day of October 2018 I caused a copy of the above document to be delivered via the Court's ECF delivery system to:

All Counsel of Record

S/Brendan M. McHugh

1