IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERRY J. SIMPSON, | ) |
|         Plaintiff, | ) ) ) |
| v. | )   Case No. 4:17-cv-00594-JED-FHM |
| COBB-VANTRESS, INC., et al. | ) ) ) |
|         Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sherry Simpson and Defendants Cobb Van-Tress and Sherry Burger hereby stipulate and agree that the above-entitled action is hereby dismissed with prejudice in its entirety, with each party to bear her, or its own costs and attorneys' fees.

Respectfully submitted,

/s/ *J. Randall Coffey*
J. Randall Coffey
**FISHER & PHILLIPS LLP**
4900 Main Street, Suite 650
Kansas City, MO 64112
Phone: (816) 842.8770
Facsimile: (816) 842.8767
Email: rcoffey@fisherphillips.com

ATTORNEYS FOR DEFENDANTS
COBB-VANTRESS, INC. AND
SHERRY BURGER

/s/ *Brendan M. McHugh*
Brendan M. McHugh
Brendan M. McHugh Law Offices
104 S. Missouri Avenue, Suite 204
Claremore, OK 74017
Phone: (918) 608.0111
Facsimile: (918) 803.4910
Email: brendan@lawinok.com
Email: bmcq1990@gmail.com

Dana Jim
Brendan M. McHugh Law Offices
PO Box 1011
Vinita, OK 74301
Phone: (918) 457.6626
Facsimile: (918) 517.3431
Email: danajimlaw@gmail.com

ATTORNEY FOR PLAINTIFF
SHERRY J. SIMPSON

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of November, 2018, the above and foregoing document was filed with the Court's electronic file system, which provided electronic notice to:

    Brendan M. McHugh
    Brendan M. McHugh Law Offices
    104 S. Missouri Avenue, Suite 204
    Claremore, OK 74017
    Phone:  (918) 608.0111
    Facsimile:  (918) 803.4910
    Email:  brendan@lawinok.com
    Email:  bmcq1990@gmail.com

    Dana Jim
    Brendan M. McHugh Law Offices
    PO Box 1011
    Vinita, OK 74301
    Phone:  (918) 457.6626
    Facsimile:  (918) 517.3431
    Email:  danajimlaw@gmail.com

    ATTORNEY FOR PLAINTIFF
    SHERRY J. SIMPSON

                                      /s/ *J. Randall Coffey*
                                      Attorney for Defendants